[No. 69035-3-I. Division One. September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA ADAM LEVINSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00773-4, George N. Bowden, J., entered June 14, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Spearman and Verellen, JJ.

[No. 69314-0-I. Division One. September 16, 2013.]

ANGELA MICHELLE WRIGHT, *Appellant*, v. RYAN MICHAEL OLNEY, *Respondent*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-2-00794-1, David A. Kurtz, J., entered August 16, 2012. *Dismissed* by unpublished opinion per Leach, C.J., concurred in by Grosse and Schindler, JJ.

[No. 69467-7-I. Division One. September 16, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. D.L.N., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-8-00883-5, Barbara A. Mack, J., entered October 24, 2012. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Spearman and Verellen, JJ.

[No. 70186-0-I. Division One. September 16, 2013.]

*In the Matter of the Personal Restraint of* ERIC LAMAR JACKSON, *Petitioner*.

Petition for relief from personal restraint. Petition *granted* and *remanded with instructions* by unpublished per curiam opinion.